UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Michael Addison, Petitioner

      v.                                                     Docket No.: 1:15-cv-00151-LEW-JCN

Warden, New Hampshire State Prison,
      Respondent

### JOINT RESPONSE OF THE PETITIONER
### AND THE RESPONDENT TO
### THIS COURT'S ORDER OF JUNE 10, 2025

On June 10, 2025, this Court issued an order directing the parties "to confer and file a joint proposed scheduling order for the Courts consideration on or before June 27, 2025." The parties conferred on June 13 and 20, 2025.

The petitioner is persuaded that this case and its companion case, *Michael Addison v. Warden, New Hampshire State Prison*, 1:15-cv-00451-LEW-JCN should be stayed pending resolution of the petitioner's petition for original jurisdiction filed in the New Hampshire Supreme Court on May 22, 2025. *See Michael Addison, Petitioner v. Michael A. Zenk, Warden, New Hampshire State Prison for Men, Respondent*, New Hampshire Supreme Court No. 2025-0273.

The respondent is not persuaded that a stay in this case and the companion case is warranted.

1

The parties therefore ask this Court to schedule a conference call so that the Court may provide guidance as to its expectations for these two cases.

Respectfully Submitted,

Michael Addison, Petitioner

By his attorneys,

BERNSTEIN, SHUR, SAWYER & NELSON, P.A.

<u>/s/ Christina A. Ferrari</u>
Edward J. Sackman, Esquire
N.H. Bar No. 19586
nsackman@bernsteinshur.com
Christina A. Ferrari, Esquire
N.H. Bar No. 19836
cferrari@bernsteinshur.com
670 North Commercial Street, Ste. 180
P.O. Box 1120
Manchester, NH 03105-1120
(603) 623-8700

And

SAMDPERIL & WELCH, PLLC

<u>/s/ Richard E. Samdperil</u>
Richard E. Samdperil
New Hampshire Bar No. 11036
Samdperil & Welsh, PLLC
100 High Street
Exeter, New Hampshire 03833
(603)775-7570
rsamdperil@swnhlaw.com

And

Warden, New Hampshire State Prison, Respondent

By the Warden's attorneys,

John M. Formella
Attorney General

*/s/ Elizabeth C. Woodcock*
Elizabeth C. Woodcock
Assistant Attorney General
N.H. Bar No. 18837
Maine Bar No. 3873
Criminal Justice Bureau
1 Granite Place South
Concord, NH  03301
Phone: (603) 271-3671
Elizabeth C. Woodcock@doj.nh.gov