# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2025-0273, <u>Petition of Michael Addison</u>, the court on September 15, 2025, issued the following order:**

Case is accepted and will be submitted to the full court without oral argument.

Michael Addison's brief must be filed on or before October 15, 2025. The opposing brief must be filed on or before November 14, 2025.

**NOTE:** Your brief must not exceed 9,500 words. <u>See</u> Rule 16(11). If you are the appealing party, you must submit a copy of any decision(s) being appealed with your brief in compliance with Rule 16(3)(i).

An appealing party is responsible for providing the court with the necessary record to decide the appeal. Failure to do so may result in dismissal of the appeal. For information about how to provide the court with the record, review Rule 13 carefully. If you intend to file an appendix to your brief, review Rule 17.

Donovan and Countway, JJ., participated; Abramson, J., retired superior court justice, specially assigned under RSA 490:3, participated.

**Timothy A. Gudas,<br>Clerk**

Distribution:
Jon Cioschi, Esq.
Jonathan Cohen, Esq.
Michael Wiseman, Esq.
Bethany Jean Durand, Esq.
Attorney General
Audriana Mekula, Esq.
File